UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY RAY LAWS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:07CV32 ERW |
| | ) |
| JIM MOORE, | ) |
| | ) |
| Respondent. | ) |

### ORDER

**IT IS HEREBY ORDERED** that petitioner's motion for hearing is **DENIED** without prejudice.

Dated this 2nd day of December, 2008.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE