UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY RAY LAWS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:07CV00032 ERW |
| ) | |
| JIM MOORE, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon Timothy Ray Laws' Motion for Extension of Time to File Written Objections to Report and Recommendation [doc. #23]. Magistrate Judge Audrey G. Fleissig issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b), stating that this Petition was filed at least five days after the expiration of the statute of limitations. Judge Fleissig stated that the record did not indicate that equitable tolling was warranted, and recommended that Petitioner's Petition for Writ of Habeas Corpus be dismissed as time-barred.

The Report and Recommendation was issued on June 19, 2009, and objections were due on June 29, 2009. No objections were received, and the Court issued a Memorandum and Order dismissing the Petition on July 13, 2009. Petitioner now asks that he be granted an additional thirty days to file objections. This case is closed, and this Motion is moot.

Accordingly,

**IT IS HEREBY ORDERED** that Timothy Ray Laws' Motion for Extension of Time to File Written Objections to Report and Recommendation [doc. #23] is **DENIED, as moot.**

Dated this 22nd Day of July, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE